UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRICIA TERUEL, | ) | Case No. 5:14-cv-04705-PSG |
| | ) | |
| Plaintiff, | ) | **CASE SCHEDULING ORDER** |
| | ) | |
| v. | ) | **(Re: Docket No. 23)** |
| | ) | |
| SKY CHEFS, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

Based on the parties' joint case management statement[1] and last week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 1, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---

[1] Docket No. 20.

1

Case Nos. 5:14-cv-04705-PSG
CASE SCHEDULING ORDER

| | |
|---|---:|
| Fact Discovery Cut-Off | February 1, 2016 |
| Expert Discovery Cut-Off | March 1, 2016 |
| Dispositive Motions Hearing | June 21, 2016 at 10 AM |
| Pre-Trial Conference | September 20, 2016 at 10 AM |
| Jury Trial | October 3, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: December 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case Nos. 5:14-cv-04705-PSG
CASE SCHEDULING ORDER