1  Thomas M. McInerney, Cal. Bar No. 162055
   thomas.mcinerney@ogletreedeakins.com
2  Christopher M. Ahearn, Cal. Bar No. 239089
   chris.ahearn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
7  Attorneys for Defendant
   SKY CHEFS, INC.

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

| 11 | PATRICIA TERUEL, | Case No. 5:14-cv-04705 PSG |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO STAY INDIVIDUAL ACTION AND [PROPOSED] ORDER** |
| 13 | vs. | |
| 14 | SKY CHEFS, INC. and DOES 1 through 10, | Action Filed:  September 22, 2014<br>Removal Filed: October 22, 2014 |
| 15 | Defendants. | Trial Date:    October 3, 2016 |

1  Defendant Sky Chefs, Inc. ("Defendant") and Plaintiff Patricia Teruel ("Plaintiff")
2  (collectively, the "Parties") respectfully submit this Stipulation to Stay Individual Action.
3  WHEREAS, the Parties are earnestly engaged in early discussions regarding settlement
4  of a related putative class action case brought by Plaintiff against Defendant, entitled PATRICIA
5  TERUEL, as an individual, and on behalf of all others similarly situated v. SKY CHEFS, INC., a
6  Delaware corporation and DOES 1 through 50, inclusive, which action is currently pending in
7  the Superior Court of California (County of Santa Clara) Case No. 1-14-CV-268343 (the
8  "Putative Class Action");
9  WHEREAS, the Parties desire to resolve this action and the Putative Class Action
10 together;
11 WHEREAS, the Parties believe it would facilitate settlement negotiations and the
12 efficient resolution of both cases if the Court were to stay this action for ninety (90) days;
13 NOW THEREFORE, it is hereby stipulated by the Parties that the Court should stay this
14 action for ninety (90) days.

DATED: January 27, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Christopher M. Ahearn
Thomas M. McInerney
Christopher M. Ahearn
Attorneys for Defendant
SKY CHEFS, INC.

DATED: January 27, 2015

POLARIS LAW GROUP, LLP

By:  /s/ William L. Marder
William L. Marder
Attorneys for Plaintiff
PATRICIA TERUEL

1                                   Case No. 5:14-cv-04705 PSG
STIPULATION TO STAY INDIVIDUAL ACTION AND [PROPOSED] ORDER

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document, and that this attestation was executed on January 27, 2015.

By:    /s/ Christopher M. Ahearn

**[PROPOSED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

DATED: January 27, 2015

            *Paul S. Grewal*
United States Magistrate Judge

20098773.1