UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA TERUEL,<br><br>           Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC. et al.,<br><br>           Defendants. | Case No. 5:14-cv-04705-PSG<br><br>**ORDER VACATING DATES**<br><br>**(Re: Docket No. 34)** |

Based on the parties' joint case management statement and today's status conference, the court hereby VACATES all pending dates in this case. The parties shall update the court every 90 days as to the status of the related state action. Upon request of the parties, the court will set a further status conference, if necessary.

**SO ORDERED.**

Dated: May 5, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge