Natalja M. Fulton (State Bar No. 254858)
Douglas G. A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  natalja.fulton@jacksonlewis.com
E-mail:  douglas.johnston@jacksonlewis.com

Attorneys for Defendant
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TERUEL,<br><br>    Plaintiff,<br><br>  v.<br><br>SKY CHEFS, INC., and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.  5:14-cv-04705-PSG<br><br>**JOINT STATUS CONFERENCE STATEMENT;** [PROPOSED] **ORDER**<br><br>Date:    April 26, 2016<br>Time:    10:00 a.m.<br>Ctrm.:   5 - 4th Fl.<br>Judge:   Paul Singh Grewal, Magistrate Judge<br><br>Case removed:   10/22/14<br>Trial Date:   None Set |

WHEREAS, on March 31, 2016, a status conference was held before this Court.

WHEREAS, the Court ordered the parties to appear at a further status conference set for April 26, 2016 at 10:00 a.m. in this Court.

WHEREAS, the Court stated that the parties may, in lieu of the further status conference scheduled for April 26, 2016, submit a status conference statement outlining Defendant's mediation schedule in the related state court class action, Patricia Teruel v. Sky Chefs, Inc., Case No. 1-14-CV-268343 pending in Superior Court of California in and for the County of Santa Clara.

On April 22, 2016, Plaintiff Patricia Teruel's attorney in the state court class action and counsel for Sky Chefs, Inc. held a joint telephonic meeting with mediator Michael Loeb. The parties and mediator have agreed that, in lieu of a formal, day-long mediation, the parties will

1  engage in settlement discussions facilitated by mediator during the month of May 2016. The
2  mediator has held initial calls with the parties to determine potential settlement options. The
3  parties and mediator have further agreed to a settlement-discussion deadline of May 27, 2016. If,
4  after that date the parties have not reached settlement, litigation in the state court class action will
5  proceed.

Accordingly, the parties in the present matter respectfully request the stay remain in effect and the pending April 26, 2016 further status conference be continued to June 20, 2016 at 10:00 a.m. to update the Court on the status of the state court class action.[1]

Dated: April 22, 2016                                      JACKSON LEWIS P.C.

                                                By:   /s/ Douglas G.A. Johnston
                                                      Natalja M. Fulton
                                                      Douglas G.A. Johnston
                                                      Attorneys for Defendant
                                                      SKY CHEFS, INC.

Dated: April 22, 2016                                      POLARIS LAW GROUP LLP

                                                By:   William L. Marder
                                                      William L. Marder
                                                      Attorney for Plaintiff
                                                      PATRICIA TERUEL

---

[1] Counsel for Plaintiff will be unavailable and out of the country until June 5, 2016 and counsel for Defendant will be unavailable and out of the country from June 1 to June 15, 2016.

1  **[PROPOSED] ORDER**

2  The stay of this case will stay in effect pending potential resolution of the related state
3  court class action, Patricia Teruel v. Sky Chefs, Inc., Case No. 1-14-CV-268343. The further
4  status conference set for April 26, 2016 is continued to June 20, 2016 at 10:00 a.m. at which time
5  the parties will update the Court on the status of the state court class action:

6  Dated: April 25, 2016

8  By: _Paul S. Grewal_
   Magistrate Judge Paul Singh Grewal
9  United States O ci kntcvg Judge

28  4817-6923-1921, v. 1